UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS GREEN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:02-01202 – B-P |
| | ) | |
| CORRECTIONS CORPORATION | ) | |
| OF AMERICA, et al., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

Before the Court is a Joint Motion to Extend Motion to Compel Deadline. The parties are in agreement that due to the scheduled Mediation in this matter, additional time would be useful to attempt to resolve certain issues that have arisen as to Defendants' written discovery, and, therefore, the Court finds that the Motion is well taken. Therefore, it is ORDERED that the deadline to file a Motion to Compel is extended up to and including June 10, 2005.

IT IS SO ORDERED.

_____
JUDGE

DATED: 4/22/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 4/27/05



**APPROVED FOR ENTRY:**

*Brandon O. Gibson*
**JAMES I. PENTECOST**
**BRANDON O. GIBSON**
**PENTECOST, GLENN & RUDD, PLLC**
106 Stonebridge Blvd.
Jackson, Tennessee 38305

**ROBERT J. WALKER**
**MARK TIPPS**
**JOSEPH WELBORN**
**WALKER, BRYANT, TIPPS & MALONE**
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2424

COUNSEL FOR DEFENDANTS

*Wayne Ritchie w/perm. Brandon O. Gibson*
**WAYNE A. RITCHIE, II**
**ROBERT W. RITCHIE**
**RITCHIE, FELS & DILLARD**
P.O. Box 1126
Knoxville, Tennessee 37901-1126

**W. GASTON FAIREY**
**W. GASTON FAIREY, LLC**
1722 Main Street, Suite 300
Columbia, South Carolina 29201

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by U.S. mail upon **Wayne A. Ritchie, II** and **Robert W. Ritchie**, Ritchie Fels & Dillard, P.C., P.O. Box 1126, Knoxville, TN 37901-1126 and **W. Gaston Fairey, LLC,** 1722 Main Street, Suite 300, Columbia, SC 29201 on April 14, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: *Brandon O. Gibson*
James I. Pentecost (#011640)
Brandon O. Gibson (#21485)
Attorneys for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 1:02-CV-01202 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT